IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20cr85-MHT |
| | ) | (WO) |
| BRAD EDGAR WYATT | ) | |

## SUPPLEMENTAL ORDER ON
## CONDITIONS OF SUPERVISED RELEASE

In accordance with the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Brad Edgar Wyatt to receive mental-health treatment in accordance with the recommendations of Dr. Michelle Casimir, *see* Psychological Evaluation (Doc. 369-1) at 12, to address: (a) his substance-use problems; (b) his gambling addiction; (c) and his depressive symptoms.  Although the court does not order it, Wyatt may wish to explore, as Dr. Casimir suggests, whether psychotropic medication would assist with addressing his symptoms of depression.

DONE, this the 8th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE